UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                   93-cr-181 (PKC)

        -against-                                                                                             <u>ORDER</u>

IBRAHIM EL GABROWNY,

                       Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

          The Court hereby appoints Anthony L. Ricco, Mr. El Gabrowny's prior CJA counsel (Doc 878) to represent him with respect to the matters set forth in the government's letter of May 13, 2021 and this Order.

          It is the Court's understanding that Mr. El Gabrowny completed his term of imprisonment on May 12, 2021. He is presently in a comatose condition at FCI Butner Medical Center. He is under a term of 3 years supervised release imposed by this Court.

          If the Court's understanding is correct, then it would appear that as of the expiration of the term of imprisonment, Mr. El Gabrowny's status changed from inmate at the facility to unresponsive medical patient at that facility. The laws of the state where he presently resides and best medical practices would likely determine whether a discharge plan is required before he can be discharged, to what medical facility an indigent person may be discharged and who may make health care decisions for a medical patient in an unresponsive condition.

          Counsel for the government and CJA counsel should consider whether the above state of facts are accurate, whether the Court's preliminary expression of view is correct, any views on next steps under state law and best medical practices and any other matter deemed pertinent.

The government shall transmit this Order and its May 13 letter to the appropriate personnel within the United States Bureau of Prisons and FCI Butner Medical Center.

After due inquiry, counsel shall report back to the Court as expeditiously as feasible.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
May 14, 2021

CC: Michael Fitzpatrick, Office of Probation
Anthony L. Ricco
AUSA Michael Lockhard